# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LOLA ANITA BUCHANAN,**
 **Plaintiff,**

v.               **Case No. 3:23cv7814/MCR/HTC**

**TRISTAR PRODUCTS, INC.,**
 **Defendant.**
            /

**CRYSTAL DENICE JENKINS**
 **Plaintiff,**

v.               **Case No. 3:23cv7816/MCR/HTC**

**TRISTAR PRODUCTS, INC.,**
 **Defendant.**
            /

**LATORIA COLEMAN,**
 **Plaintiff,**

v.               **Case No. 3:23cv4255/MCR/ZCB**

**TRISTAR PRODUCTS, INC.,**
 **Defendant.**
            /

**JESSICA D. LEE,**
 **Plaintiff,**

v.               **Case No. 3:23cv24649/MCR/ZCB**

**TRISTAR PRODUCTS, INC.,**
 **Defendant.**
            /

**WILLIAM E. PETERS,**
    **Plaintiff,**

v.                                                   **Case No. 3:23cv24679/MCR/ZCB**

**TRISTAR PRODUCTS, INC.,**
    **Defendant.**
    _____/

**C.T.J., a minor by and through his mother, and JENNIFER LYNN RUSSELL, individually and as custodial parent and next friend,**
    **Plaintiffs,**

v.                                                   **Case No. 5:23cv129/MCR/MJF**

**TRISTAR PRODUCTS, INC.,**
    **Defendant.**
    _____/

## **ORDER**

A joint status conference will be held in the cases listed above on **January 31, 2024, at 10:00 a.m. CST**. All counsel of record for both sides in all cases must attend the conference either in person or by Zoom. Those who wish to attend by Zoom must email Barbara Rogers at barbara_rogers@flnd.uscourts.gov by January 29, 2024, to obtain login information for the proceeding.

By January 29, 2024, the parties must file a joint report on each individual case docket addressing the below topics. A single report, organized by case for plaintiff-

specific information, is preferable. The parties also must be prepared to discuss the following topics at the status conference:

1. Current status of each case, including any efforts to resolve the cases to date;
2. 
3. Current status of discovery, if started;

4. Legal issues that will need to be resolved in each case (*e.g.*, specific causation, statute of limitations, case-specific affirmative defenses);

5. Ways to promote efficiency as the cases proceed, where appropriate (*e.g.*, coordinated discovery, motions practice, and/or *Daubert* proceedings);

**SO ORDERED**, on this 2nd day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**