IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JESSICA D. LEE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Case No.:** 3:23cv24649/MCR/ZCB |
| | ) |
| **TRISTAR PRODUCTS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Jessica Lee (hereinafter "Plaintiff") and Defendant Tristar Products, Inc. (hereinafter "Defendant") (the "Parties), hereby respectfully submit the following Notice of Settlement:

1. The parties have successfully negotiated a settlement agreement.

2. The parties agree that they shall bear their own costs, expenses and attorney's fees incurred in connection with this lawsuit.

3. The parties are in the process of preparing and finalizing the Settlement Agreement and Voluntary Dismissal, and it is anticipated this case will be finalized in the next 60 days.

Respectfully submitted,

1

Date: December 9, 2024 /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe, Esq.
Adam J. Kress, Esq. *admitted pro hac vice*
Johnson Becker PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
lgorshe@johnsonbecker.com
akress@johnsonbecker.com

**Counsel for Plaintiff**