UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSICA D. LEE,
    Plaintiff,

v.

TRISTAR PRODUCTS, INC.,
    Defendant.

CASE NO. 3:23-cv-24649-MCR-ZCB

## ORDER

The trial of this matter is currently scheduled to commence January 21, 2025, with a pretrial conference on January 3, 2025. The Parties have filed a Notice of Settlement (ECF No. 26), indicating that a settlement has been reached and requesting sixty (60) days to finalize the settlement agreement and file a stipulated dismissal.

Accordingly,

1. The pretrial conference on January 3, 2025 and trial on January 21, 2025 are hereby CANCELED.

2. The Parties' stipulated dismissal must be filed within sixty (60) days of the date of this Order.

**DONE AND ORDERED** this 10th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**