IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JESSICA D. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:23cv24649/MCR/ZCB |
| | ) |
| TRISTAR PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS PURSAUNT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**COMES NOW** the above-named Plaintiff and Defendant by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matters may be and hereby is dismissed with prejudice, and without costs.

Respectfully Submitted,

Dated: February 7, 2025        **JOHNSON BECKER, PLLC**

*/s/ Lisa A. Gorshe, Esq.*
Lisa A. Gorshe, Esq. (FL #122180)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 / (612) 436-1801 (f)
lgorshe@johnsonbecker.com

***Attorneys for Plaintiff***

– and –

*/s/ Rod Janis (w/ permission)*

Rod Janis, Esq.
**GOLDBERG SEGALLA, LLP**
800 N. Magnolia Avenue, Suite 450
Orlando, FL 32801
Tel.: (407) 458-5600
rjanis@goldbergsegalla.com
ORLpleadings@goldbergsegalla.com

1

*Attorneys for Defendant Tristar Products, Inc.*